Law Offices of
# STEWART LEE KARLIN, P.C.
Attorney At Law
9 Murray Street, Suite 4W
New York, New York 10007
(212) 792-9670/Office
(212) 732-4443/Fax

slk@stewartkarlin.com

D&F

MEMBER OF THE BAR
NEW YORK & FLORIDA

Concentrating in Employment, Insurance and
Education Law

May 2, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/12

**Via Email**
Honorable Jesse M. Furman
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Grant v. The Department of Education of the City of New York
              10 Civ. 8015 (RJH)(RLE)

Dear Judge Furman:

    Plaintiff is writing this letter pursuant to the court order to update the status of the case.

    The information on the docket is current.

    A brief statement of the case is as follows: Plaintiff became employed by Defendant as a guidance counselor in 1987. Plaintiff resigned her position in January 2007 due to personal reasons and left New York. Plaintiff returned in August 2008 and immediately attempted to find a position with Defendant. Plaintiff applied to countless positions and forwarded resumes to well over a hundred schools for the position of guidance counselor. The only reason plaintiff did not obtain the position was due to her age. Plaintiff is claiming a violation of the ADEA.

    A conference was previously scheduled and adjourned for proceedings held before Judge Richard J. Holwell.

    There are no pending motions and appeals.

    The parties have exchange written discovery and plaintiff's deposition has been held. Plaintiff needs to depose no nore than 2 or 3 witnesses. These depositions will not take more than one hour each. Undersigned also is requesting resumes of 5 individuals for this matter which has not been produced yet.

Honorable Jesse M. Furman
United States Courthouse
New York, NY 10007
May 2, 2012
Page 2.

      Plaintiff will consent to have the matter refered to a Magistrate for settlement. An estimate of the legth of trial will take no more than 2 to 3 days.

      There is no other information that parties believe will assist the Court in advancing the case as of yet.

      Thank you for your attention to this matter.

Very truly yours,


Stewart Lee Karlin, Esq.
The Law Offices of Stewart Lee Karlin, PC
SLK/nb

cc:    Jane E. Andersen
       Assistant Corporation Counsel